# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:18-CV-89 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **COLBY T. RIFE,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 25th day of July, 2018, it appearing by Plaintiff's Motion (Doc. 12) and Affidavit, to the satisfaction of the Court, that the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Notice of U.S. Marshal Sale of real property located within the Middle District of Pennsylvania, situated at 109 Walleye Drive, Shippensburg, PA 17257, it is hereby ORDERED as follows:

The Notice of U.S. Marshal Sale be served on the Defendant by Plaintiff or its agent by posting a copy of the Notice of U.S. Marshal Sale on the property to be foreclosed, as required by Pa.R.C.P. 3129.2(c), made applicable by Fed.R.Civ.P.4(e)(l) and Pa.R.C.P 402(a) and 430(a), and by regular and certified mail to the Defendant's last known addresses. Service shall be completed upon posting or upon mailing, whichever occurs later.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania